| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Johnny Jules Lavergne | Social Security number or ITIN  xxx–xx–1561 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Louisiana | Date case filed in chapter **11**   1/28/21 |
| Case number: | 21–50044 | Date case converted to chapter **7**   6/9/21 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Johnny Jules Lavergne | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 201 Habitat Ridge Drive<br>Broussard, LA 70518 | | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas E. St. Germain<br>Weinstein & St. Germain, LLC<br>1103 West University<br>Lafayette, LA 70506 | | Contact phone (337) 235–4001<br><br>Email: ecf@weinlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Armistead Mason Long (Ch 7 Trustee)<br>400 E. Kaliste Saloom Rd., Suite 4200<br>Lafayette, LA 70508 | | Contact phone (337) 237–0132<br><br>Email: along@gamb.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 800 Lafayette Street, Suite 1200<br>Lafayette, LA 70501 | Hours open:<br>Office Hours Monday – Friday 8:00AM – 4:00 PM, Electronic Filing Access 24/7<br><br>Contact phone (337) 262–6800<br><br>Date: 6/14/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 9, 2021 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\*** | Location:<br><br>**Teleconference: 866–762–6425, Passcode: 8530051#** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.<br><br>**Personal Financial Management**: Debtor(s) must file **Official Form B423** within 60 days after first date set for meeting of creditors under § 341 of the Code in a Chapter 7 case. Failure to file certification will result in case being closed without entry of discharge. If the debtor(s) subsequently files a motion to reopen the case to allow for filing of Official Form B423, the debtor(s) must pay the full reopening fee due for filing the motion. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 60 days following the first date set for the meeting of creditors as set forth in Bankruptcy Rule 4004 and 4007, unless extended by court order.<br><br>**Discharge Issuance:** A discharge issuance date is scheduled in this case for **September 14, 2021**, although no hearing will be held. |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

21-50044 - #129  File 06/16/21  Enter 06/16/21 23:39:48  Imaged Certificate of Notice Pg 2 of 6

In re:  
Johnny Jules Lavergne  
Debtor

Case No. 21-50044-JWK  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0536-4 | User: mcomeaux | Page 1 of 4 |
| Date Rcvd: Jun 14, 2021 | Form ID: 309A | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Johnny Jules Lavergne, 201 Habitat Ridge Drive, Broussard, LA 70518-5291 |
| aty | + | Ashley E. Morris, Dean Morris, L.L.C., 1505 N. 19th Street, Monroe, LA 71201-4941 |
| aty | + | Caleb K. Aguillard, H. Kent Aguillard Attorney at Law, 141 S. 6th St., Eunice, LA 70535-4513 |
| aty | + | Gail Bowen McCulloch, 300 Fannin, Suite 3196, Shreveport, LA 71101-3122 |
| aty | + | H. Kent Aguillard, 141 S. 6th Street, Eunice, LA 70535-4513 |
| aty | + | Madison Tucker, Jones Walker LLP, 201 St. Charles Avenue, Suite 4900, New Orleans, LA 70170-4900 |
| tr | + | Armistead Mason Long (Ch 7 Trustee), 400 E. Kaliste Saloom Rd., Suite 4200, Lafayette, LA 70508-8522 |
| cr | + | Pingora Loan Servicing, LLC. as serviced by Cenlar, c/o Dean Morris, LLC, 1505 N 19th St, Monroe, LA 71201-4941 |
| cr | + | Professional Rental Tools, LLC, 201 Saint Charles Ave, Suite 4900, New Orleans, LA 70170-4900 |
| 8212218 | + | Aaron J. Nash, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 8233149 | + | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite #200, Tucson, AZ 85712-1083 |
| 8205942 | + | Cenlar, Post Office Box 77404, Trenton, NJ 08628-6404 |
| 8205946 | + | Cynthia Lavergne, 201 Habitat Ridge Drive, Broussard, LA 70518-5291 |
| 8205947 | + | Edward Bukaty, III, One Galleria Boulevard, Suite 1810, Metairie, LA 70001-7571 |
| 8205955 | + | JJ Lavergne, LLC, 201 Habitat Ridge Drive, Broussard, LA 70518-5291 |
| 8232244 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8240360 | | John S. Irion Jr., P.O. Box 3412, Lafayette, LA 70502-3412 |
| 8206458 | + | Justin Marocco, Jones Walker LLP, 445 North Blvd., Ste. 800, Baton Rouge, LA 70802-5747 |
| 8205956 | + | Lafayette Sheriff, Post Office Drawer 92590, Lafayette, LA 70509-2590 |
| 8240361 | | Lester Leboeuf, John S. Irion Jr., P.O. Box 3412, Lafayette, LA 70502-3412 |
| 8205958 | + | Lester Leboeuf, 105 Sonoma Way, Lafayette, LA 70508-7392 |
| 8205960 | | Louisiana Federal Credit Union, Post Office Box 3398, Baton Rouge, LA 70821-3398 |
| 8205961 | + | Louisiana Federal Credit Union, P.O. Box 1956, La Place, LA 70069-1956 |
| 8206457 | + | Madison M. Tucker, Jones Walker LLP, 201 Saint Charles Ave., Ste. 5100, New Orleans, LA 70170-5101 |
| 8206459 | + | Mark Mintz, Jones Walker LLP, 201 Saint Charles Ave., Ste. 5100, New Orleans, LA 70170-5101 |
| 8206461 | + | Michael Drew, Jones Walker LLP, 201 Saint Charles Ave., Ste. 5100, New Orleans, LA 70170-5101 |
| 8233433 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 8242250 | + | Pingora Loan Servicing, LLC enote vestng, Nationstar Mortgage LLC dba Mr. Cooper, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 8210115 | + | Pingora Loan Servicing, LLC,, as serviced by Cenlar, FSB, c/o Dean Morris, LLC, 1505 North 19th St., Monroe, LA 71201-4941 |
| 8205965 | | Professional Rental Tools, LLC, c/o Jones Walker LLP, 201 St. Charles Avenue, 49th Floor, New Orleans, LA 70170-5100 |
| 8205967 | + | Rayne State Bank, 410 Kaliste Saloom Road, Lafayette, LA 70508-4202 |
| 8205968 | | SBA, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 8209044 | + | SunTrust Bank now Truist Bank, SunTrust Bank now Truist Bank, Support S, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ecf@weinlaw.com | Jun 14 2021 19:46:00 | Thomas E. St. Germain, Weinstein & St. Germain, LLC, 1103 West University, Lafayette, LA 70506 |
| smg | + EDI: LADOR | Jun 14 2021 23:43:00 | Louisiana Department of Revenue and Taxation, Attn: Bankruptcy Division, P.O. Box 66658, Baton Rouge, LA 70896-6658 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| smg | + Email/Text: bankruptcy_bpc@lwc.la.gov | Jun 14 2021 19:47:00 | State of Louisiana, Department of Labor, Delinquent Accounts Unit, UI Tech Support, 1001 North 23rd Street, Room 322, Baton Rouge, LA 70802-3338 |
| ust | + Email/Text: ustpregion05.sh.ecf@usdoj.gov | Jun 14 2021 19:47:00 | Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101-3122 |
| cr | + EDI: LCITDAUTO | Jun 14 2021 23:43:00 | TD Auto Finance, LLC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 8212732 | EDI: BL-BECKET.COM | Jun 14 2021 23:43:00 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8205939 | EDI: AMEREXPR.COM | Jun 14 2021 23:43:00 | American Express, Post Office Box 650448, Dallas, TX 75265-0448 |
| 8210853 | EDI: BECKLEE.COM | Jun 14 2021 23:43:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8205945 | EDI: CITICORP.COM | Jun 14 2021 23:43:00 | Citi, Post Office Box 78045, Phoenix, AZ 85062-8045 |
| 8207412 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 14 2021 19:47:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 8205940 | EDI: CAPITALONE.COM | Jun 14 2021 23:43:00 | Cabela/Capital One, Post Office Box 60599, City of Industry, CA 91716-0599 |
| 8205941 | EDI: CAPITALONE.COM | Jun 14 2021 23:43:00 | Capital One, Post Office Box 60000, Seattle, WA 98190-6000 |
| 8210690 | + EDI: AIS.COM | Jun 14 2021 23:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 8210693 | + EDI: AIS.COM | Jun 14 2021 23:43:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 8205944 | EDI: JPMORGANCHASE | Jun 14 2021 23:43:00 | Chase/Nationwide Credit, Post Office Box 15130, Wilmington, DE 19850-5130 |
| 8205948 | Email/Text: ecfmailbox@iberiabank.com | Jun 14 2021 19:48:00 | Iberia Bank, Post Office Box 12440, New Iberia, LA 70562 |
| 8212523 | + Email/Text: ecfmailbox@iberiabank.com | Jun 14 2021 19:48:00 | IBERIABANK, P.O. BOX 52747, LAFAYETTE LA 70505-2749 |
| 8205953 | EDI: IRS.COM | Jun 14 2021 23:43:00 | IRS, 600 S. Maestri Pl St 31, New Orleans, LA 70130 |
| 8205954 | + Email/Text: julie.n.taylor@irscounsel.treas.gov | Jun 14 2021 19:48:00 | IRS District Counsel, POB 30509, New Orleans, LA 70190-0509 |
| 8205943 | EDI: JPMORGANCHASE | Jun 14 2021 23:43:00 | Chase, Post Office Box 6294, Carol Stream, IL 60197-6294 |
| 8205957 | + EDI: LENDNGCLUB | Jun 14 2021 23:43:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 8205959 | + Email/Text: bankruptcy@lightstream.com | Jun 14 2021 19:48:00 | Light Stream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3201 |
| 8211925 | + EDI: MID8.COM | Jun 14 2021 23:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 8205962 | + EDI: RMSC.COM | Jun 14 2021 23:43:00 | Old Navy, Post Office Box 960017, Orlando, FL 32896-0017 |
| 8205963 | + EDI: AGFINANCE.COM | Jun 14 2021 23:43:00 | One Main, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 8209500 | + EDI: AGFINANCE.COM | Jun 14 2021 23:43:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 8205964 | EDI: PRA.COM | | |

| | | | |
|---|---|---|---|
| 8220996 | EDI: PRA.COM | Jun 14 2021 23:43:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| | | Jun 14 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 8205966 | + Email/Text: bankruptcy@prosper.com | Jun 14 2021 19:48:00 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 8215315 | EDI: Q3G.COM | Jun 14 2021 23:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 8212321 | + Email/Text: newbk@Regions.com | Jun 14 2021 19:48:00 | Regions, 720 North 39th Street, Birmingham, AL 35222-1112 |
| 8209301 | Email/Text: newbk@Regions.com | Jun 14 2021 19:48:00 | Regions Bank, Consumer Collections BH40402B, P. O. Box 10063, Birmingham, AL 35202-0063 |
| 8205969 | EDI: LCITDAUTO | Jun 14 2021 23:43:00 | TD Auto Finance, Post Office Box 9223, Farmington, MI 48333-9223 |
| 8212220 | EDI: LCITDAUTO | Jun 14 2021 23:43:00 | TD Auto Finance, LLC, PO Box 16041, Lewiston, ME 04243-9523 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| aty | * | John S. Irion, Jr., POB 3412, Lafayette, LA 70502-3412 |
| cr | * | Lester Lebouef, 105 Sonoma Way, Lafayette, LA 70508-7392 |
| 8210854 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8205950 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Unit, 1555 Poydras Street, Suite 220, Stop 31, New Orleans, LA 70112 |
| 8205949 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 8205951 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8205952 | *+ | Internal Revenue Service, P.O. Box 621501, Atlanta, GA 30362-3001 |
| 8232772 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 8240928 | * | Lester Lebouef, 105 Sonoma Way, Lafayette, LA. 70508-7392 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Armistead M. Long | on behalf of Trustee Armistead Mason Long (Ch 11 Sub V Trustee) along@gamb.law sroberts@gamb.law |
| Armistead Mason Long (Ch 7 Trustee) | along@gamb.com |
| Ashley E. Morris | on behalf of Creditor Pingora Loan Servicing LLC. as serviced by Cenlar, FSB ljacob@creditorlawyers.com |
| Caleb K. Aguillard | on behalf of Trustee Armistead Mason Long (Ch 11 Sub V Trustee) caleb@aguillardlaw.com |
| Caleb K. Aguillard | on behalf of Trustee Armistead Mason Long (Ch 7 Trustee) caleb@aguillardlaw.com |
| Gail Bowen McCulloch | on behalf of U.S. Trustee Office of U. S. Trustee gail.mcculloch@usdoj.gov |
| H. Kent Aguillard | on behalf of Plaintiff Professional Rentals Tools LLC kent@aguillardlaw.com, gina@aguillardlaw.com;caleb@aguillardlaw.com |
| H. Kent Aguillard | on behalf of Trustee Armistead Mason Long (Ch 11 Sub V Trustee) kent@aguillardlaw.com gina@aguillardlaw.com;caleb@aguillardlaw.com |
| H. Kent Aguillard | on behalf of Trustee Armistead Mason Long (Ch 7 Trustee) kent@aguillardlaw.com gina@aguillardlaw.com;caleb@aguillardlaw.com |
| H. Kent Aguillard | on behalf of Plaintiff Armistead M. Long kent@aguillardlaw.com gina@aguillardlaw.com;caleb@aguillardlaw.com |
| John S. Irion, Jr. | on behalf of Creditor Lester Lebouef jsirion@cox.net |
| Madison Tucker | on behalf of Creditor Professional Rental Tools LLC mtucker@joneswalker.com, cmauer@joneswalker.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| Thomas E. St. Germain | on behalf of Debtor Johnny Jules Lavergne ecf@weinlaw.com GermainTR72571@notify.bestcase.com;hrichard@ecf.courtdrive.com;tstgermain@ecf.courtdrive.com;atalhelm@ecf.courtdrive.com;svenable@ecf.courtdrive.com;bsonnier@ecf.courtdrive.com;receptionist1414@ecf.courtdrive.com |

TOTAL: 14